COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Charles  Edward  Green v. Mary  Adam Green

Appellate case number:    01-20-00663-CV

Trial court case number:  2015-72258

Trial court:                      507th District Court of Harris County

On March 26, 2021, appellant, Charles  Edward  Green, filed a "Motion to Abate Appeal to Require Trial Court Judge to Issue Findings and to Extend Time to File Brief." We **grant** the motion in part. Appellant's motion to abate is **denied.**[1]  Appellant's motion for extension of time to file his brief is **granted.**   Appellant's brief is due **May 8, 2021**.

Appellant's November 20, 2020 Motion to Abate Appeal to Require Trial Court Judge to Issue Findings is **denied.**

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                        Acting individually

Date: April 8, 2021

---

[1]     *See Murray v. Murray*, 276 S.W.3d 138, 143–44 (Tex. App.—Fort Worth 2008, pet. dism'd).